1
2
3
4
5
6                       **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8

9    JOHN RUSH,                          )
                                         )
10                 Petitioner,           )          3:12-cv-00012-LRH-WGC
                                         )
11   vs.                                 )          **ORDER**
                                         )
12                                       )
     JACK PALMER, *et al.*,              )
13                                       )
                   Respondents.          )
14   _____/

15          John Rush, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to

16   28 U.S.C. § 2254, which was filed and served on respondents on January 19, 2012 (ECF #4).

17          Petitioner has now filed a motion for appointment of counsel (ECF #5) and a motion to extend

18   the prison copywork limit (ECF #7), as well as a statement of additional claims (ECF #8).

19          The court first considers petitioner's motion for the appointment of counsel (ECF #5). There is

20   no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v.*

21   *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to

22   appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), cert.

23   denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S.

24   838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of

25   counsel would amount to a denial of due process, and where the petitioner is a person of such limited

26   education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also*

27   *Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970). The petition in this action appears sufficiently clear

28   in presenting the issues that petitioner wishes to raise. Counsel is not justified, and the motion is denied.

1   Next, with respect to the motion to extend the prison copywork limit (ECF #7), petitioner

2   submits only a generic, form order and does not specify what copies he needs at this time.  Petitioner

3   already has filed his statement of additional claims, and respondents have not filed any motion or answer

4   to the petition to which petitioner may respond at this time.  This motion is denied without prejudice.

5   If petitioner needs funds for copies to file a motion in this action or to respond to a filing by respondents,

6   he shall file a motion that identifies his specific need for copies at that time.

7   Finally, petitioner has filed a motion to add additional claims (ECF #8) and included his

8   statement of additional claims (ECF #8 at 5).  Petitioner's motion is granted.  The court shall construe

9   this document as a Statement of Additional Claims.  Respondents shall respond to all grounds set forth

10   in petitioner's habeas petition as well as those set forth in this new document.

11   **IT IS THEREFORE ORDERED** that petitioner's motion to add additional claims (ECF #8)

12   is **GRANTED**.

13   **IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the

14   document at ECF #8, which the court shall construe as a Statement of Additional Claims and hereinafter

15   refer to the document as such, on respondents.

16   **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of

17   this Order within which to answer, or otherwise respond to, the petition.  In their answer or other

18   response, respondents shall address all claims presented by petitioner in his petition as well all claims

19   presented by petitioner in his Statement of Additional Claims.  Respondents shall raise all potential

20   affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural

21   default. **Successive motions to dismiss will not be entertained**.  If an answer is filed, respondents shall

22   comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District

23   Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-five (45) days** from the

24   date of service of the answer to file a reply.

25   ///

26   ///

27   ///

28

2

1    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF #5)

2  and motion to extend prison copywork limit (ECF #7) are both **DENIED** without prejudice.

3

4    DATED this 6th day of February, 2012.

5

6

7                                              _____

8                                              LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3