AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JOHN RUSH,

      Petitioner,

V.

JACK PALMER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-cv-00012-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss [10] is GRANTED and the federal petition for a writ of habeas corpus is DISMISSED as untimely. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

May 17, 2012

                                            **LANCE S. WILSON**
                                                     Clerk

                                            /s/ M. Campbell
                                            Deputy Clerk